UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 14-106 RS |
| ) | |
| Plaintiff ) | ORDER DETAINING DEFENDANT DOMINIC |
| ) | RUIZ PENDING TRIAL |
| ) | |
| v. ) | |
| ) | |
| DOMINIC RUIZ, ) | |
| ) | |
| Defendant. ) | |

Defendant DOMINIC RUIZ has been charged via Indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). At arraignment on the Indictment, the United States moved for detention. The defendant, represented by Candis Mitchell, Assistant Federal Public Defender, initially waived detention, but then subsequently requested a detention hearing. On May 16, 2014, this Court heard the arguments of the parties. Mr. Ruiz was present, in custody, and represented by counsel. Following the hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the arguments of the parties, the Superseding Indictment filed in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained. The Court found that, by clear and convincing evidence, no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community. See 18 U.S.C. §§ 3142(e) and (f); United States v. Motamedi, 767 F.2d 1403, 1406 (9th Cir. 1985).

[PROPOSED] DETENTION ORDER
No. CR-14-106 RS

The Court noted the following: 1) the serious nature of the proffered facts underlying the current charge the defendant is facing, namely, that the defendant went to the home of an individual he did not know, made threats and brandished a firearm, 2) the fact that the defendant was on probation when he committed the instant offense, 3) the defendant's 2004 conviction for pimping a minor and the troubling facts underlying that conviction, including threats made by the defendant to the minor, and 4) that the defendant's father has refused to post property in support of his release.

**ORDER**

The defendant is ordered detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community.  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  See 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a reasonable opportunity to consult privately with counsel.  See 18 U.S.C. § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance.  See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: May 16, 2014

_Jacqueline S. Corley_
_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge