1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4  DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney

5      450 Golden Gate Ave., Box 36055
    San Francisco, California 94102

6      Telephone:  (415) 436-7200
    Fax: (415) 436-7234

7      E-Mail: damali.taylor@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,           )   CASE NO. CR 14-106 RS
                                        )
14       v.                             )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING STATUS CONFERENCE AND
15  DOMINIC RUIZ,                       )   DOCUMENTING EXCLUSION OF TIME UNDER
         Defendant.                     )   THE SPEEDY TRIAL ACT
                                        )    AS MODIFIED BY THE COURT
16                                      )
                                        )
17  ────────────────────────────────   )

18          The parties, Assistant United States Attorney Damali A. Taylor on behalf of the United States

19  and Assistant Federal Public Defender Candis Mitchell, on behalf of the defendant, DOMINIC RUIZ,

20  hereby request that the status conference date, currently set for Tuesday, June 10, 2014, be continued to

21  Tuesday, July 15, 22 2014.  Government counsel will be out of the district on June 10, 2014 and counsel for

22  defendant RUIZ needs additional time to examine discovery and investigate the matter.  The parties

23  further request that, given the need to gather and examine discovery, time continue to be excluded under

24  the Speedy Trial Act through and including July 15, 22 2014.  Defense counsel believes that it is in the best

25  interest of the defendant to do so. The government agrees.  To date, no time has elapsed under the

26  Speedy Trial Act.

27          The parties agree that the ends of justice are served by granting such an exclusion of time and

28  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section

STIPULATION AND [PROPOSED] ORDER
CR 14-106 RS

3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 16, 2014                          /s/

DAMALI A. TAYLOR
Assistant United States Attorney

DATED: May 16, 2014                          /s/

CANDIS MITCHELL
Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER
CR 14-106 RS

1                                    [~~PROPOSED~~] ORDER

2          The Court HEREBY ORDERS that the status conference date in this matter is re-set to July ~~15,~~ 22

3    2014, at 2:30 p.m.  The Court finds that the extension is proper under Title 18, United States Code,

4    Sections 3060 and 3161.

5          The Court further concludes that an exclusion of time through and including July ~~15,~~ 22 2014,

6    should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The

7    Court also finds that the ends of justice served by an exclusion of time through and including July ~~15,~~ 22

8    2014 outweigh the best interest of the public and the defendant in a speedy trial.  Id. Section

9    3161(h)(7)(A).

10

11   **IT IS SO ORDERED**.

12

13   Dated:  5/22/14

14                                         RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 14-106 RS